Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**March 25, 2021**

Name of Offender: **Robert Qwan Smith**

Case Number: **2:11CR00036**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **June 25, 2012**

Original Offense: **Felon in Possession of a Firearm; Count 1, Use or Possession of a Firearm in Relation to Any Crime of Violence or Drug Trafficking Crime; Count 3.**

Original Sentence: **137 Months prison, followed by 60 months TSR.**

Date Supervision Commenced: **May 29, 2021**

Name of Assigned Judicial Officer: **To Be Determined Upon Filing**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

## CAUSE

On June 25, 2012, Smith was sentenced to 137 months custody, followed by five years of supervised release for committing the offense of Count 1: Felon in Possession of a Firearm, and Count 2: Use or Possession of a Firearm in Relation to Any Crime of Violence or Drug Trafficking Crime. Supervised release will commence on May 29, 2021.

Smith is currently in the Bureau of Prisons custody at the Residential Reentry Center (RRC) with a release date of May 29, 2021. Smith does not currently have adequate housing in Las Vegas and will ultimately be homeless upon commencement of supervised release. It is respectfully

RE: Robert Qwan Smith

Prob12B
D/NV Form
Rev. June 2014

requested that the addition of up to 120-day placement in the RRC be added to his existing conditions of supervised release. This will address his homelessness and help deter any noncompliance issues that could result from Smith being homeless in Las Vegas. Smith is in agreement as witnessed by his signature on the attached waiver.

Should you have any questions, the undersigned officer will be available at the Court's convenience

Respectfully submitted,

Digitally signed by Brianna King
Date: 2021.03.25 16:01:52 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2021.03.25 15:28:46 -07'00'

Brian Blevins
Supervisory United States Probation Officer

RE: Robert Qwan Smith

Prob12B
D/NV Form
Rev. June 2014

---

## THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☑   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

----------------------------------------------------------------------------------

----------------------------------------------------------------------------------

----------------------------------------------------------------------------------

_____
Signature of Judicial Officer

_March 29, 2021_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

Witness: S. Ridge, ~~U.S. Probation Officer~~ SR / CASE MANAGER

Signed: [signature] Probationer or Supervised Releasee

Date: 3/28/21