# FILED UNDER SEAL

Case 2:11-cr-00036-JCM-PAL    Document 54    Filed 08/10/22    Page 1 of 8

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

---

**PETITION FOR WARRANT
FOR OFFENDER UNDER SUPERVISION**

---

Name of Offender: **Robert Qwan Smith**

Case Number: **2:11CR00036**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **June 25, 2012**

Original Offense: **Felon in Possession of a Firearm and Use or Possession of a Firerm in Relation to Any Crimes of Violence or Drug Trafficking Crime.**

Original Sentence: **137 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **August 27, 2021**

Name of Assigned Judicial Officer: **Honorable Philip M. Pro**

---

**PETITIONING THE COURT**

☒ To issue a warrant.

---

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Substance Abuse Treatment** - You shall participate in and successfully complete a substance abuse treatment and/or cognitive based life skills program, which will include drug/alcohol testing and/or outpatient counseling, as approved and directed by the probation office.  You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in substance abuse treatment.  Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

**RE: Robert Qwan Smith**

   Smith has not attended treatment since February 8, 2022 and has been discharged as unsuccessful.

2. **Mental Health Treatment** - You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in mental health treatment. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

   Smith has not attended treatment since February 8, 2022 and has been discharged as unsuccessful.

3. **Submit Monthly Report** - The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

   Smith failed to submit monthly report forms for the following months:

   February 2022
   March 2022
   April 2022
   May 2022
   June 2022
   July 2022

4. **Report Change of Residence or Employment** - The defendant shall notify the probation officer prior to any change in residence or employment.

   On July 6, 2022, the undersigned officer made contact with Smith's employer for the purpose of an employment contact. It was discovered that Smith failed to show up for work sometime in May and has not returned. Smith failed to report a change in employment to the undersigned officer.

5. **Refrain From Unlawful Use of Controlled Substance** - The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.

RE: Robert Qwan Smith

    A. Smith submitted drug tests that yielded positive results for marijuana on the following dates. All tests have been confirmed positive by the National Laboratory.

        March 2, 2022
        March 7, 2022
        May 4, 2022
        May 18, 2022

    B. Smith submitted a drug test that yielded a positive result for methamphetamine on May 18, 2022. This test was confirmed positive by the National Laboratory.

    C. Smith submitted drug tests that yielded positive results for Phencyclidine (PCP) on the following dates. These tests have been confirmed positive by the National Laboratory.

        May 4, 2022
        May 18, 2022

    D. Smith failed to submit required drug/alcohol tests on the following dates.

        September 4, 2021
        October 20, 2021
        October 26, 2021
        March 12, 2022
        March 21, 2022
        April 9, 2022
        April 19, 2022
        April 27, 2022
        April 28, 2022
        May 6, 2022
        May 9, 2022
        May 17, 2022
        May 25, 2022
        June 1, 2022
        June 8, 2022
        June 11, 2022
        June 24, 2022
        July 2, 2022
        July 11, 2022

RE: Robert Qwan Smith

Prob12C
D/NV Form
Rev. March 2017

    July 18, 2022
    July 26, 2022

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

    ☒ Revoked

    I declare under penalty of perjury that the information contained herein is true and correct,

    Executed on **August 9, 2022**

    Brianna King
Digitally signed by Brianna King
Date: 2022.08.09 11:52:04 -07'00'

    Brianna King
    United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.08.09 11:43:30 -07'00'

Brian Blevins
Supervisory United States Probation Officer

RE: Robert Qwan Smith

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

☐    No Action.
X    The issuance of a warrant.
☐    The issuance of a summons.
☐    Other:

_____
Signature of Judicial Officer

August 10, 2022
_____
Date

RE: Robert Qwan Smith

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. ROBERT QWAN SMITH,  2:11CR00036

---

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### August 9, 2022

---

On June 25, 2022, Smith was sentenced to 137 months custody, followed by five years of supervised release for committing the offenses of Felon in Possession of a Firearm and Use or Possession of a Firearm in Relation to Any Crime of Violence or Drug Trafficking Crime. Supervised release commenced on August 27, 2021.

Since commission of supervised release Smith has submitted four drug tests that yielded positive results for marijuana, two drug tests that yielded positive results for PCP, and one drug test that yielded positive results for methamphetamine. All tests were confirmed positive by the National Laboratory. Unfortunately, despite the undersigned officer's attempts to work with Smith, he continues to test positive for illegal substances.

Smith has triggered statutory mandatory revocation by submitting more than Three positive drug tests within one year. *18 U.S.C. § 3583(g)(4) as part of drug testing, tests positive for illegal controlled substances more than 3 times over the course of one year; the court shall revoke the term of supervised release and require the defendant to serve a term of imprisonment not to exceed the maximum term of imprisonment authorized under subsection (e)(3).*

Smith was directed to report to the undersigned officer on June 27, 2022, to address his violation conduct. Smith confirmed he could attend the appointment; however, he failed to report and has been unreachable since June 24, 2022.

Since commencement of supervised release, Smith failed to attend 21 required drug/alcohol tests. The undersigned officer has attempted to contact Smith regarding his missed drug tests; however, he remains unreachable at this time.

On July 6, 2022, the undersigned officer contacted Smith's employer for the purpose of an employment contact. His employer advised Smith failed to report for work sometime in May 2022 and they did not have any current contact information. Following this contact, the undersigned officer left Smith's brother, Jericho, a voicemail in an attempt to locate him. Smith's reported residence is with his brother Jerico; this correspondence was never returned.

On August 3, 2022, the undersigned officer attempted to see Smith at home for the purpose of a home contact. No contact was made, and the undersigned officer's card was left in the door.

On August 8, 2022, the undersgined officer contacted the Community Counseling Center for the purpose of a treatment contact. It was advised that Smith has not attended a treatment session since February 8, 2022 and is discharged from the program unsuccessfully.

RE: Robert Qwan Smith

Prob12C
D/NV Form
Rev. March 2017

Smith's whereabouts are currently unknown and all attempts to reach him have been unsuccessful. The last contact with Smith was on June 24, 2022.

At this time, it is believed that Smith has absconded from supervised release due to his lack of participation and unwillingness to return the undersigned officer's correspondence. Of more concern, it has been confirmed that Smith is using dangerous illegal substances such as methamphetamine and PCP which adds additional concern of risk to his absconder status. It is evident by his actions that he is no longer interested in participating in a grant of supervised release.

It is respectfully recommended that a warrant be issue to secure Smith's appearance at a revocation hearing.

Respectfully submitted,

Brianna King
Digitally signed by Brianna King
Date: 2022.08.09 11:52:40 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.08.09 11:43:58 -07'00'

Brian Blevins
Supervisory United States Probation Officer