RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Robert Smith

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ROBERT SMITH,<br><br>            Defendant. | Case No. 2:11-cr-00036-JCM-PAL<br><br>**STIPULATION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Robert Smith, that the Supervised Release Revocation Hearing currently scheduled on July 21, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel has not had an opportunity to speak with Mr. Smith about this case and will need additional time to advise him on the same.

2.     Additional time is needed to conduct investigation as to the allegations and prepare for the revocation hearing, if necessary.

3.  Mr. Smith is in custody and does not oppose the continuance.

4.  The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 18th day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBERT SMITH,<br><br>         Defendant. | Case No. 2:11-cr-00036-JCM-PAL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the Supervised Release Revocation Hearing currently scheduled for July 21, 2023 at 10:30 a.m., be vacated and continued to **August 23, 2023, at 11:00 a.m.**

   DATED July 19, 2023.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE