RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Robert Smith

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT SMITH,<br><br>        Defendant. | Case No. 2:11-cr-00036-JCM-PAL<br><br>**STIPULATION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING**<br>(Third Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Robert Smith, that the Supervised Release Revocation Hearing currently scheduled on September 8, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

    This Stipulation is entered into for the following reasons:

    1.    Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

    2.    Additional time is needed to conduct investigation as to the allegations and prepare for the revocation hearing, if necessary.

3. Mr. Smith is in custody and does not oppose the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 5th day of September, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00036-JCM-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT SMITH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Supervised Release Revocation Hearing currently scheduled for September 8, 2023 at 11:00 a.m., be vacated and continued to **October 11, 2023, at 10:30 a.m.**

DATED September 6, 2023.

_____
UNITED STATES DISTRICT JUDGE